UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER LOWER         :   Docket No.:
MANHATTAN DISASTER SITE                 :   21 MC 102 (AKH)
LITIGATION                              :
------------------------------------------------------       :
:
FREDDY CONFORME,                        :   Index No.:
                                        :   07-CV-5552-AKH
                    Plaintiffs,         :
                                        :
        - against -                     :   NOTICE OF ADOPTION OF
                                        :   ANSWER BY DEFENDANT
WESTON SOLUTIONS, INC., *et al*,        :   WESTON SOLUTIONS, INC.
                                        :
                    Defendants.         :
                                        :
-------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for its response to the allegations set forth in the Complaint By Adoption (Check-off Complaint) Related to the Master Complaint filed in the above-captioned action hereby adopts the responses and defenses in Weston's Answer to the Master Complaint, dated August 3, 2007. To the extent that Weston's Answer to the Master Complaint fails to address any allegation(s) in the above-captioned action, Weston denies knowledge and information sufficient to form a belief as to the truth of the allegation(s).

  PLEASE TAKE FURTHER NOTICE that Weston reserves the right to amend or supplement this answer and to interpose cross-claims against any and all co-defendants or any additional parties named in the above-captioned action.

2988442.1

WHEREFORE, Weston demands judgment dismissing the above-captioned action and any cross-claims as against Weston, together with its costs and disbursements.

Dated: New York, New York
December 31, 2007

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Jason Harrington
Jason Harrington (JH7273)
Attorneys for Defendant
Weston Solutions, Inc.
150 E 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)

To: All parties via ECF

2

2988442.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31[th] day of December 2007, I electronically filed the foregoing **NOTICE OF ADOPTION OF ANSWER BY DEFENDANT WESTON SOLUTIONS, INC.** with the Clerk of the Court using the CM/ECF system which sends e-mail notification to appearing parties.

By: /s/ Jason Harrington
Jason Harrington (JH7273)
Attorneys for Defendant
Weston Solutions, Inc.
150 E 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)