UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

----------------------------------------------------------------X
FREDDY CONFORME,                    :  07-CV-05552-AKH

                Plaintiff,   :
                                                  **APPEARANCE**
   - against -

                                                  **ELECTRONICALLY FILED**
160 WATER ST., INC., *et al.*,

                Defendants.

----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                  By:    /s/ Judith R. Cohen
                                             _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.

DOCSNY-287432