UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE MANHATTAN DISASTER SITE     **Docket No.:**
LITIGATION                        **21 MC 102 (AKH)**
--------------------------------------------------------X
FREDDY CONFORME,

                *Plaintiffs*,     **Case No.:**
                                 **07-CV-5552 (AKH)**

    -against-

                                 **NOTICE OF APPEARANCE**

60 HUDSON OWNER LLC, *et al.*,

                *Defendants.*
--------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE** that AKERMAN SENTERFITT LLP hereby appears in this action on behalf of Defendant 60 Hudson Owner LLC, and requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon their counsel at the office and address stated below.

                Michael S. Simon (MS 5201)
                AKERMAN SENTERFITT LLP
                335 Madison Avenue, Suite 2600
                New York, New York 10017
                Telephone: (212) 882-2293
                Facsimile:  (212) 880-8965
                m.simon@akerman.com

                AND

                Jennifer L. Rubin (JR 7938)
                AKERMAN SENTERFITT LLP
                335 Madison Avenue, Suite 2600
                New York, New York 10017
                Telephone: (212) 880-3821
                Facsimile:  (212) 880-8965
                jennifer.rubin@akerman.com

{NY025965;1}

Dated: New York, New York
      February 1, 2008

**AKERMAN SENTERFITT LLP**

By: /s/_____
    Michael S. Simon  (MS 5201)
    Jennifer L. Rubin   (JR 7938)
    335 Madison Avenue
    Suite 2600
    New York, New York 10017
    (212) 880-3800
    *Attorneys for Defendant*
    *60 Hudson Owner LLC*

To:    All parties via ECF

{NY025965;1}