William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)

_____X

FREDDY CONFORME

                                                                          NOTICE OF THE
                                                                          BROOKFIELD
V.                                        PARTIES' ADOPTION OF
                                                                          AMENDED ANSWER
                                                                          TO MASTER
                                                                          **COMPLAINT**

160 WATER ST., INC., ET. AL.,              CASE NUMBER: (AKH)
                                                                          07 CV 5552
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp., (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       February _15_ 2008

                         Faust, Goetz, Schenker & Blee, LLP

                         _____
                         By: William J. Smith (WJS-9137)
                         Attorneys for the Brookfield Parties
                         Two Rector Street, 20th Floor
                         New York, NY 10006
                         (212) 363-6900