UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION                                                    21 MC 102 (AKH)
-------------------------------------------------------x
FREDDY CONFORME

                          *Plaintiff,*                    Case No.:
                                                                         07-CV-05552 (AKH)

  -against-

                                                                            **NOTICE OF ADOPTION OF**
                                                                             **ANSWER BY DEFENDANT**
60 HUDSON OWNER LLC., et al.,                      **60 HUDSON OWNER LLC**

                          *Defendants.*
-------------------------------------------------------x

     PLEASE TAKE NOTICE that defendant 60 HUDSON OWNER LLC, (hereinafter referred to as "60 Hudson"), by and through its attorneys, AKERMAN SENTERFITT LLP, as and for its response to the allegations set forth in the Second Amended Complaint by Adoption (Check-off Complaint) Related to the Master Complaint filed in the above-captioned action, hereby adopts its responses and defenses in 60 Hudson's Answer to the Master Complaint dated January 31, 2008. To the extent that 60 Hudson's Answer to the Master Complaint fails to address any allegation(s) in the above-captioned action, 60 Hudson denies knowledge and information sufficient to form a belief as to the truth of the allegation(s).

     PLEASE TAKE FURTHER NOTICE that 60 Hudson reserves the right to amend or supplement its answer and to interpose cross-claims against any and all co-defendants or any additional parties named in the above-captioned action.

{NY037700;1}

WHEREFORE, 60 Hudson demands judgment dismissing the above-captioned action and any cross-claims as against 60 Hudson, together with costs and disbursements, and for such further relief as this Court deems just and proper.

Dated: New York, New York
      September 4, 2008

**AKERMAN SENTERFITT LLP**

By: _____/s/_____
    Michael S. Simon (MS 5201)
    Jennifer L. Rubin (JR 7938)
    335 Madison Avenue
    Suite 2600
    New York, New York 10017
    (212) 880-3800
    *Attorneys for Defendant*
    *60 Hudson Owner LLC*

To: All parties via ECF

{NY037700;1}